1
2
3
4      O
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 JUAN MANUEL ALVAREZ,              ) Case No. CV 11-216-AHM (OP)
                                     )
12              Petitioner,          ) ORDER ADOPTING FINDINGS,
         v.                          ) CONCLUSIONS, AND
13                                   ) RECOMMENDATIONS OF
                                     ) UNITED STATES MAGISTRATE
14 R. GROUNDS, Warden,               ) JUDGE
                                     )
15              Respondent.          )
16                                   )

17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
18 Petition, records on file, and the Report and Recommendation of the United States
19 Magistrate Judge. The Court accepts the findings and recommendations of the
20 Magistrate Judge,
21 / / /
22 / / /
23 / / /
24
25
26
27
28

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: October 7, 2011

_____
HONORABLE A. HOWARD MATZ
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge