O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN MANUEL ALVAREZ, | ) | Case No. CV 11-216-AHM (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| R. GROUNDS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: October 7, 2011

_/s/ A. Howard Matz_
HONORABLE A. HOWARD MATZ
Senior United States District Judge

Prepared by:

_/s/ Oswald Parada_
HONORABLE OSWALD PARADA
United States Magistrate Judge